# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: __JOSEPH ROCKKSAK__

Date of service: __TUESDAY DEC 1 8 2007  8:30 A.M.__

**Method of Service**

☒ Personally served at this address: __30591 SCHOOLCRAFT ROAD__
__LIVONIA, MI 48150__

☐ Left copies at the defendant's usual place of abode with (name of person): _____

At this address: _____

☐ Other (please specify): __[signature] Joseph Roucesnl__

Service fees:   Travel $ _____   Service $ __20.00__   Total $ __20.00__

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

__12/18/2007__
Date

__[signature]__
Signature of server

**MICHAEL GREGORY HOVSEPIAN**   **PROCESS SERVER**
Server's printed name

LESTATS LEGAL SUPPORT, INC.
Server's address       P.O. BOX 2307
                       SOUTHFIELD, MI 48037

# United States District Court
# Eastern District of Michigan

## Summons in a Civil Action and Return of Service Form

Case: 4:07-cv-15186
Judge: Gadola, Paul V
Referral MJ: Komives, Paul J

**Plaintiff(s) Name**

DOUGLAS R. CAMPBELL

vs.

CMS ENVIRONMENTAL SERVICES, INC., JOSEPH ROKICSAK, DELMAR HASTINGS, JR. and GERALD KACPURA

**Plaintiffs attorney, address and telephone:**

LINDA DAVIS FRIEDLAND (P62400)
CUMMINGS, MCCLOREY, DAVIS & ACHO, P.L.C.
33900 SCHOOLCRAFT ROAD
LIVONIA, MI 48150
734-261-2400

**Name and address of defendant being served:**

JOSEPH ROKICSAK
30591 SCHOOLCRAFT ROAD
LIVONIA, MI 48150

## To the defendant

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within __20__ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver**
**Clerk of the Court**

By: _[signature]_
Deputy Clerk

12/6/07
Date of issuance

INT-0131-MIE-REV. 12/93 06/99

PAGE 1 OF 2